MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 812411)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 13-796 RS |
| Plaintiff, | UNOPPOSED MOTION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| ANDRENEESHA JOHNSON, | |
| Defendant. | |

    The United States moves that the time between January 9, 2014 and January 21, 2014, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Government counsel has provided discovery and defense counsel has advised that he is reviewing the evidence. Excluding time until the first appearance before the district court on January 21, 2014 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The defendant does not oppose this motion.

DATED: January 9, 2014                          /s/
                                                                                         BENJAMIN KINGSLEY
                                                                                         Assistant United States Attorney

MOTION TO UNSEAL

[PROPOSED] ORDER

The Court finds that the exclusion of the period from January 9, 2014 to January 21, 2014 from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 1/13/14

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL