1    Law Offices of
     GEORGE C. BOISSEAU
2    State Bar Number 75872
     740 4th Street
3    Second Floor
     Santa Rosa, California 95404
4    Phone: (707) 578-5636
     Fax: (707) 578-1141
5    E-Mail: boisseaugc@msn.com

6

     Attorney for Defendant
7    ANDRENEESHA JOHNSON

8

                 UNITED STATES DISTRICT COURT
9

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-13-0396-RS |
|       Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING |
| v. ) | |
| ANDRENEESHA JOHNSON, ) | |
|       Defendant. ) | |

18

19        Upon the request of the defendant, ANDRENEESHA JOHNSON, by and through

20 defendant's counsel of record, George C. Boisseau, and the United States, and good cause

21 appearing because the undersigned is commencing a federal jury trial and has not been able to

22 review the proposed plea agreement with the defendant,

23        The parties request that the presently scheduled hearing of June 17, 2014 be continued

24 for three weeks to July 1, 2014 at 2:00 in the afternoon.  At that time the defendant will enter a

25 plea or will request that a trial date be set with the court.

26        The parties agree that this period is excludable time under the Speedy Trial Act

27 pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant

28

1 effective assistance, preparation, and continuity of counsel.

2      Dated: June 16, 2014

3
                           /s/
                    GEORGE C. BOISSEAU

4

5                     Attorney for Defendant
                    ANDRENEESHA JOHNSON

6      IT IS SO STIPULATED.

7      Dated: June 16, 2014

8
                           /s/
                    BENJAMIN KINGSLEY
                    Assistant United States Attorney

9

10

11                   ORDER

12      GOOD CAUSE APPEARING, the status conference of June 17, 2014 is hereby

13 continued two weeks to July 1, 2014,  at 2:00 in the afternoon to assure the defendant the

14 effective assistance, preparation and continuity of counsel.  At the next status hearing the

15 defendant will enter a plea or the parties will be prepared to set a trial date.

16      It is further ordered that this period is excludable time under the Speedy Trial Act

17 pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant

18 effective assistance, preparation, and continuity of counsel.

19      IT IS SO ORDERED.

20      Dated:  6/16/14

21

22

23                   HON. RICHARD SEEBORG
                  U.S. District Judge
                  Northern District of California

24

25

26

27

28