1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 812411)
   Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney

5         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495

6         Telephone: (415) 436-6937
          FAX: (415) 436-7234

7         Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )   CASE NO: CR 13-796 RS
                                       )
13         Plaintiff,                  )   STIPULATION TO EXCLUDE TIME AND
                                       )   [PROPOSED] ORDER
14     v.                              )
                                       )
15  ANDRENEESHA JOHNSON,               )
                                       )
16         Defendants.                 )
                                       )
17  _____)

18        The parties request that the time between July 22, 2014 and August 5, 2014 be excluded under

19  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  Excluding time until the next

20  appearance on August 5, 2014 will allow for the effective preparation of counsel.  *See* 18 U.S.C.

21  § 3161(h)(7)(B)(iv).

22        IT IS SO STIPULATED.

23

24  DATED: July 25. 2014                      _____/s/_____
                                              BENJAMIN KINGSLEY
25                                            Assistant United States Attorney

26  DATED: July 25. 2014                      _____/s/_____
                                              GEORGE BOISSEAU
27                                            Counsel for Defendant Andreneesha Johnson

28

STIPULATION AND ORDER TO EXCLUDE TIME          Chambers Copy — Do Not E-File

1

[PROPOSED] ORDER

2      The Court finds that the exclusion of the period from July 22, 2014 and August 5, 2014 from the

3 time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the

4 continuance outweigh the interests of the public and the defendant in the prompt disposition of this

5 criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the

6 defendant and for the government the reasonable time necessary for effective preparation and of

7 counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

8 *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

9      IT IS SO ORDERED.

10

11 DATED: _7/28/14_

12                                                 HON. RICHARD SEEBORG
                                                   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXCLUDE TIME