Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ANDRENEESHA JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-13-0796-RS |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. ) | |
| ANDRENEESHA JOHNSON, ) | |
| Defendant. ) | |

Upon the request of the defendant, ANDRENEESHA JOHNSON, by and through defendant's counsel of record, George C. Boisseau, and the United States, and good cause appearing because the undersigned was still in a federal jury trial and had not been able to attend a probation interview with the defendant,

The parties request that the presently scheduled sentencing hearing of October 21, 2014 be continued to December 16, 2014 at 2:30 pm ~~2:00~~ in the afternoon.

Dated: October 14, 2014

                                                             /s/
                                       GEORGE C. BOISSEAU

                                       Attorney for Defendant
                                       ANDRENEESHA JOHNSON

1  IT IS SO STIPULATED.

2  Dated: October 13, 2014

3                                                              /s/
BENJAMIN KINGSLEY
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the presently scheduled sentencing hearing of October 21, 2014 be continued to December 16, 2014 at ~~2:00~~ 2:30 p.m. in the afternoon.

IT IS SO ORDERED.

Dated: 10/15/14

HON. RICHARD SEEBORG
U.S. District Judge
Northern District of California

2