Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ANDRENEESHA JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-13-0796-RS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING |
| v. ) | |
| ANDRENEESHA JOHNSON, ) | |
| Defendant. ) | |

Upon the request of the defendant, ANDRENEESHA JOHNSON, by and through defendant's counsel of record, George C. Boisseau, and agreement of the United States and the United States Pretrial Services, and good cause appearing because the defendant is adjusting to supervision and would benefit if the hearing is set out for another month,

The parties request that the presently scheduled supervised release violation hearing of December 8, 2015 be continued to January 19, 2016 at 2:00 in the afternoon.

Dated: November 23, 2015

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
ANDRENEESHA JOHNSON

1

1    IT IS SO STIPULATED.

2    Dated: November 23, 2015

3                                              /s/
     BENJAMIN KINGSLEY
     Assistant United States Attorney

6                              ORDER

7    GOOD CAUSE APPEARING, the presently scheduled supervised release violation
hearing of December 8, 2015 be continued to January 19, 2016 at 2:30 pm in the afternoon.

9    IT IS SO ORDERED.

10   Dated: 11/23/15

                                         HON. RICHARD SEEBORG
                                         U.S. District Judge
                                         Northern District of California