Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ANDRENEESHA JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          )<br>     Plaintiff,       )<br>          )<br>v.         )<br>          )<br>ANDRENEESHA JOHNSON,   )<br>          )<br>     Defendant.      )<br>_____) | CR-13-0796-RS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SUPERVISED<br>RELEASE VIOLATION HEARING |

   Upon the request of the defendant, ANDRENEESHA JOHNSON, by and through defendant's counsel of record, George C. Boisseau, and the United States, and good cause appearing because the parties are in settlement negotiations regarding resolution of the supervised release violation.

   The parties request that the presently scheduled supervised release violation hearing of May 24, 2016 be continued to June 7, 2016 at 2:30 in the afternoon.

   Dated: May 19, 2016

                                        /s/
                                        GEORGE C. BOISSEAU

                                        Attorney for Defendant
                                        ANDRENEESHA JOHNSON

1

IT IS SO STIPULATED.

Dated: May 19, 2016

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the presently scheduled supervised release violation hearing of May 24, 2016 be continued to June 7, 2016 at 2:30 in the afternoon.

IT IS SO ORDERED.

Dated: 5/23/16

HON. RICHARD SEEBORG
U.S. District Judge
Northern District of California